IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN WAYNE OLIVER,

    Petitioner,

v.                                                CASE NO. 4:08-cv-00295-MP-WCS

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

      This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate, regarding Petitioner's filing of a petition for writ of habeas corpus. The parties were furnished with copies of the Report and have been given an opportunity to file objections. The time for filing objections has now passed. This matter is therefore in posture for decision. Petitioner is currently incarcerated at Taylor Correctional Institution and challenges the judgment of the Circuit Court in Hillsborough County. Under 28 U.S.C. § 2241(d), jurisdiction is appropriate in both this district and the Middle District, as the districts of confinement and conviction, respectively. The Court agrees with the Magistrate that the district of conviction is the more convenient and appropriate venue. Accordingly, this petition is transferred to the United States District Court for the Middle District of Florida for further proceedings pursuant to § 2241(d). The Report and Recommendation of the Magistrate is adopted and incorporated herein.

      **DONE AND ORDERED** this   4th  day of September, 2008

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge